UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Case No. |
| | : | 3:06 CR 120 (SRU) |
| BENNY RIVERA | : | |

## **ORDER**

The defendant's surrender date is hereby extended until **May 21, 2007** at 2:00 p.m.

It is so ordered.

Dated at Bridgeport, Connecticut, this 2nd day of May 2007.

                                         /s/ Stefan R. Underhill
                                        Stefan R. Underhill
                                        United States District Judge